**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED AL-ADAHI**, <u>et</u> <u>al.</u>, : | |
| : | |
| **Petitioners**, : | |
| : | |
| **v.** : | **Civil Action No. 05-280 (GK)** |
| : | |
| **BARACK H. OBAMA**, <u>et</u> <u>al.</u>, : | |
| : | |
| **Respondents.** : | |

## ORDER

A Merits Hearing was held in this case on January 4-5, 2010 for Petitioner Al-Nadhi. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the parties shall file supplemental briefs no later than **January 20th, 2010.** The supplemental briefs shall address the transcript of Judge Hogan's oral ruling in Petitioner Al-Madhwani's [ISN 839] case [Case No. 1:04-cv-01194], the parties' positions on the legal requirement governing the issue of petitioners' intent and knowledge, and the impact of the recent decision by the Court of Appeals in Al-Bihani v. Obama, No. 09-5051 (D.C. Cir. Jan. 5, 2010); and it is further

**ORDERED,** that the Government may file a response to Petitioners' Motion for Leave to File a Supplemental Brief Concerning the Effect of Cleared Status [Dkt. No. 527], which shall be due no later than **January 20, 2010.**

|                  |                                |
|------------------|--------------------------------|
|                  | /s/                            |
| January 5, 2010  | Gladys Kessler                 |
|                  | United States District Judge   |

Copies to:  Attorneys of Record via ECF